
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR -7 AM 10: 27
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES MARVIN COX, III,         )
                               )
    Petitioner,                )
                               )
v.                             )   CASE NOS. CV407-143
                               )             CR405-009
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
                               )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 16.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 Petition is **DENIED**, no Certificate of Appealability is issued, and in forma pauperis status on appeal is **DENIED**. The **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 7th day of March 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA